## WILLIAMS v. SUPERIOR COURT OF LASSEN COUNTY.

### S. F. No. 297; February 6, 1897.

47 Pac. 783.

**Justice of Peace—Notice of Appeal—Evidence of Filing.**—The marking of the filing of a notice of appeal by a justice is not the only competent evidence of the filing of the paper, and the absence of an entry in the justice's docket is not conclusive proof of the fact that it had not been filed.

Petition by one Williams for a writ of certiorari to the Superior Court of Lassen County. Writ dismissed.

Spencer & Raker and F. C. Spencer for petitioner; Shinn & Shinn for respondent.

PER CURIAM.—The court is unanimously of the opinion that the writ ought to be dismissed. The fact, impliedly found by the court in exercising jurisdiction, that the notice of appeal had been filed, was, under the circumstances, entirely justified. The marking of the filing is not the exclusively competent evidence of the filing of the paper, and the absence of an entry in the justice's docket is not conclusive proof of the fact that it had not been filed. Writ dismissed.